

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00033-CV

**THERESA ALBRIGHT,**

                                                    **Appellant**

 **v.**

**DR. JUSTIN SHIELDS, PT, DPT,**

                                                    **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 94720

# O R D E R

We have been advised by the trial court clerk that a trial court case number and the clerk's record in this proceeding have not been created because the filing fee for the severed case has not been paid. Consequently, the trial court clerk has not acted upon or in response to the trial court's order of severance. We take no position at this time on whether there is a separate filing fee due the trial court clerk as a result of the severance order. However, this Court cannot proceed without a record from the severed case.

This proceeding has been set up using the original trial court case number. That

number will be changed to the new trial court case number pursuant to the trial court severance order when it is determined. We note the trial court's order was signed with incomplete blank spaces where the new trial court case number for the severed case should be entered.

The record from the severed proceeding is due in this Court by March 12, 2019. If the record is not timely filed due to appellant's failure to pay fees that are due, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

PER CURIAM

Before Chief Justice Gray, and
     Justice Davis
Order issued and filed February 13, 2019

